IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 11 -M-KLD |
|---|---|
| CELL TOWER DATA – 18 U.S.C. § 2703 | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the application and affidavit for search warrant and search warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 1st day of May, 2020.

_Kathleen J. DeSoto_
KATHLEEN L. DeSOTO
United States Magistrate Judge

1